# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI LECLAIRE, individually and on behalf of similarly situated persons, ) ) ) | |
| ) | Case No. 1:17-CV-01883 |
| Plaintiff, ) ) | |
| v. ) ) | Honorable Judge Manish Shah |
| CWI, INC. d/b/a CAMPING WORLD, INC., AND FREEDOM ROADS, LLC ) ) ) | |
| Defendants. ) | |

## JOINT NOTICE OF STATUS AND SETTLEMENT

The parties hereby jointly provide notice that they have reached a preliminary agreement to resolve this lawsuit. The parties are formalizing their agreement and preparing any additional pleadings pertaining to settlement and dismissal of the action.

The parties hereby jointly request that the Court vacate any pending deadlines in this lawsuit for the next thirty (30) days so that they may work in an expeditious fashion to finalize settlement and file any related pleadings with the Court within the requested 30-day period.

DATED:    August 2, 2017

/s/ Michael A. Josephson
Michael A. Josephson, Esquire

**JOSEPHSON DUNLAP LAW FIRM**
Michael A. Josephson
Jessica M. Bressler
11 Greenway Plaza, Suite 3450
Houston, Texas 77046
Telephone: (713) 352-1100
Facsimile: (773) 352-3300
mjosephson@mybackwages.com
jbresler@mybackwages.com

/s/ Joel W. Rice
Joel W. Rice, Esquire

**FISHER & PHILLIPS LLP**
Joel W. Rice
James M. Hux, Jr.
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 580-7810
Facsimile: (312) 346-3179
jrice@fisherphillips.com
jhux@fisherphillips.com

FPDOCS 31679149.1

**WERMAN SALAS P.C.**       **ATTORNEYS FOR DEFENDANTS**
Douglass M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025
dwernman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
zflowerree@flsalaw.com

**ATTORNEYS FOR PLAINTIFFS**

FPDOCS 31679149.1