## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LORI LECLAIRE, individually and on behalf of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-CV-01883 |
| v. | ) ) | JURY TRIAL DEMANDED |
| CWI, INC. d/b/a CAMPING WORLD, INC. AND FREEDOMROADS, LLC | ) ) ) | COLLECTIVE ACTION |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Lori LeClaire and Defendants CWI, Inc., and Freedom Roads, LLC (collectively "Defendants") stipulate and agree that the above-captioned matter be dismissed with prejudice with respect to all claims filed against Defendants with prejudice, each party to bear her or its attorneys' fees and costs.

DATED:        September 15, 2017

/s/ Michael A. Josephson
Michael A. Josephson

**JOSEPHSON DUNLAP LAW FIRM**
Michael A. Josephson
Jessica M. Bressler
11 Greenway Plaza, Suite 3450
Houston, Texas 77046
Telephone: (713) 352-1100
Facsimile: (773) 352-3300
mjosephson@mybackwages.com
jbresler@mybackwages.com

**WERMAN SALAS P.C.**
Douglass M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
77 W. Washington Street, Suite 1402

/s/ Joel W. Rice
Joel W. Rice
James M. Hux, Jr.
FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone:  (312) 346-8061
Facsimile:  (312) 346-3179
Email:  jrice@fisherphillips.com
Email:  jhux@fisherphillips.com

Attorney for Defendants
CWI, INC. and FREEDOM ROADS, LLC

Chicago, IL 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025
dwernman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
zflowerree@flsalaw.com

Attorney for Plaintiff
LORI LECLAIRE